IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA SOCORRO COLON | : | CIVIL ACTION |
| vs. | : | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : | NO. 08-CV-1490 |

ORDER

AND NOW, this 1st day of September, 2009, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Lynne A. Sitarski and the Plaintiff's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Claimant's Request for Review is DENIED;

3. Judgment shall be entered in this matter in favor of the Defendant.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.