```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARIA SOCORRO COLON            :     CIVIL ACTION

     vs.                       :

MICHAEL J. ASTRUE,             :     NO. 08-CV-1490
COMMISSIONER OF
SOCIAL SECURITY
```

ORDER

AND NOW, this 8th day of September, 2009, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Lynne A. Sitarski and the Plaintiff's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Claimant's Request for Review is DENIED;

3. Judgment is entered in this matter in favor of the Defendant.

```
                           BY THE COURT:



                           s/J. Curtis Joyner
                           J. CURTIS JOYNER, J.
```